cuit denied.  *Mr. Henry D. Gaggstatter* for petitioner. *Mr. Alex. W. Smith, Jr.,* for respondent.

No. 776.  HARTFORD ACCIDENT & INDEMNITY CO. *v.* JONES.  April 6, 1936.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Paul McMahon* for petitioner.  No appearance for respondent.

No. 779.  HENWOOD, TRUSTEE, *v.* ANGLO-CONTINENTALE TREUHAND, A. G.  April 6, 1936.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Messrs. Frank C. Nicodemus, Jr., George L. Buland, Ben C. Dey,* and *H. Brua Campbell* for petitioner.  *Mr. Milton E. Mermelstein* for respondent.

No. 780.  McCARTHY COMPANY *v.* COMMISSIONER OF INTERNAL REVENUE.  April 6, 1936.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. John A. Jorgensen* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *Ellis N. Slack* for respondent.

No. 783.  BEARD ET AL. *v.* UNITED STATES.  April 6, 1936.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. John J. Sirica, Maurice McInerney,* and *Leo A. Rover* for petitioners.  *Solicitor General Reed, Assistant*